PROB 12C
(6/16)

Report Date: February 18, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephon Elijah Coakley            Case Number: 0980 2:20CR00019-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Dana Christensen, Chief U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: January 5, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Controlled Substance, 21 U.S.C. §§ 846, 841(b)(1)(B) | |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: January 30, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 29, 2024 |

### PETITIONING THE COURT

**To issue a WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number            Nature of Noncompliance

1            **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Stephon Coakley is alleged to have violated mandatory condition number 2 by being in possession of a controlled substance, methamphetamine; trafficking controlled substance, heroin; and being in possession of paraphernalia on February 11, 2020.

According to the Coeur d'Alene police report for incident 20C06000, on February 11, 2020, an officer was on routine patrol and observed a white passenger car leaving a parking lot. The car failed to come to a stop before crossing the sidewalk or entering the roadway. He activated his overhead lights and stopped the vehicle. Upon stopping the vehicle, he could see that it was occupied by multiple rear occupants. Mr. Coakley was in the rear passenger side of the vehicle and exited as directed as he was not wearing his seatbelt. Mr. Coakley had a scale on his person.

One of the other occupants had an outstanding warrant and was arrested. A search of the vehicle revealed a black scale, a bag containing a white crystalline substance that was later

Prob12C
Re: Coakley, Stephon Elijah
February 18, 2020
Page 2

identified as methamphetamine, and two bags with a tar-like substance later identified as heroin. After an interview of the occupants of the vehicle, it was determined the narcotics belonged to Mr. Coakley. Mr. Coakley was arrested and charged with possession of a controlled substance, methamphetamine; trafficking controlled substance, heroin; and being in possession of paraphernalia.

On January 30, 2020, Mr. Coakley participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Coakley signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

2    **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Stephon Coakley is alleged to have violated mandatory condition number 3 by being in possession of controlled substances, methamphetamine and heroin, on or about February 11, 2020.

According to the Coeur d'Alene police report for incident 20C06000, on February 11, 2020, an officer was on routine patrol and observed a white passenger car leaving a parking lot. The car failed to come to a stop before crossing the sidewalk or entering the roadway. He activated his overhead lights and stopped the vehicle. Upon stopping the vehicle, he could see that it was occupied by multiple rear occupants. Mr. Coakley was in the rear passenger side of the vehicle and exited as directed as he was not wearing his seatbelt. Mr. Coakley had a scale on his person.

One of the other occupants had an outstanding warrant and was arrested. A search of the vehicle revealed a black scale, a bag containing a white crystalline substance that was later identified as methamphetamine, and two bags with a tar-like substance later identified as heroin. After an interview of the occupants of the vehicle, it was determined the narcotics belonged to Mr. Coakley. Police weighed the narcotics and Mr. Coakley was in possession of approximately 24 grams of heroin and approximately 5.77 grams of methamphetamine.

On January 30, 2020, Mr. Coakley participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Coakley signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

3    **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Stephon Coakley is alleged to have violated standard condition number 1 by leaving the Eastern District of Washington without the permission of his U.S. probation officer on or about February 11, 2020.

Mr. Coakley was arrested in the District of Idaho on February 11, 2020. Mr. Coakley failed to notify his U.S. probation officer that he had planned to travel to the District of Idaho as directed.

Prob12C
**Re: Coakley, Stephon Elijah**
**February 18, 2020**
**Page 3**

On January 30, 2020, Mr. Coakley participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Coakley signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   2/18/2020

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
Chief U.S. District Judge

Signature of Judicial Officer

February 18, 2020

Date